Official Form 3
(12/03)

# United States Bankruptcy Court
## __Northern__ District Of __Illinois__

In re __Debra J. Davis__,              Case No. _____
            Debtor

                                         Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $__149__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __150__       Check one  ☑ With the filing of the petition, or
   $ __149__       on or before  ☐ On or before __9-17-07__
   $ _____      on or before _____
   $ _____      on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  __8-17-07__          X __Debra Davis__  __8-17-07__
Signature of Attorney       Date              Signature of Debtor        Date
__Melvin J. Kaplan__                          (In a joint case, both spouses must sign.)
Name of Attorney
__14 E. Jackson__                             _____
                                              Signature of Joint Debtor (if any)    Date
__Chicago, IL 60604__

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Debra J. Davis**                                    Case No.
                        Debtor(s)                            Chapter  **7**

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one    ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____                        _____
                                           *UNITED STATES BANKRUPTCY JUDGE*